THE STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JAMES J. PATTON, DEFENDANT-RESPONDENT.

Argued March 17, 1964—Decided May 18, 1964.

*Mr. Norman Heine* argued the cause for the appellant (*Mr. Stephen M. Gretzkowski, Jr.,* on the brief).

*Mr. James J. Casby, Jr.,* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed by Judge Foley in the Superior Court, Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.